# EXHIBIT A

## HUDSON COUNTY PROSECUTOR'S OFFICE
## SUPPLEMENTAL REPORT

Page 1 of 9

| 1. Unit NARCOTICS TASK FORCE | 2. HCPO # 2018-02-0295 | 2a. Unit File # | 3. Promis Gavel # |
|---|---|---|---|
| 4. Crime DISTRIBUTION OF CDS | 5. Date of Crime | 6. New Crime | 7. N.J.S. |
| 8. Victim(s): | 9. Person Info(s): | 10. Address(s): | |

### REPORT NARRATIVE

The following report is based on an ongoing investigation being conducted by members of the Hudson County Prosecutor's Office Narcotics Task Force in conjunction with the Drug Enforcement Administration, and the United States Postal Inspectional Service, regarding the distribution of a controlled dangerous substance, specifically cocaine and heroin, by an individual identified as Felix Santiago III a.k.a. "Urkel," et. al. in the area of Hudson County, New Jersey.

On April 11, 2019, in anticipation of conducting an operation later that day, members of the Hudson County Prosecutor's Office Narcotics Task Force conducted surveillance at several target locations related to this investigation. At approximately 9:20 AM., Sergeant Justin Kealy observed Santiago's 2018 black Mercedes Benz GLS 550 bearing New Jersey registration B38JTJ parked in the parking garage of the Soho Lofts, 273 16th Street Jersey City, New Jersey, which through this investigation has been identified as Santiago's primary residence in Apartment # 1005. At approximately 10:35 AM., Detectives Chad Gigante and Jennifer Fernandez observed Santiago leave Soho Lofts in the Mercedes Benz, and drive to 10 Church Towers, Hoboken, New Jersey. Santiago was in the building of 10 Church Towers for approximately 5 minutes and departed the area, later arriving at his business Firehouse Blazing Pizza located at 488 Central Avenue, Jersey City, New Jersey at approximately 10:51 AM. Santiago was observed entering the pizzeria. At approximately 11:15 AM., surveillance was terminated.

Several parcels which were identified during the course of this investigation to be instruments of narcotics trafficking were identified, for further information regarding those parcels see previous investigation reports regarding this investigation specifically report titled Santiago Travel and Parcel SW dated 4-11-19. On April 11th, 2019, as a result of this investigation, Inspector Austin Marchese of the USPIS,

| Reporting Officer NOVO, MARIO | Reporting Officer Signature | Date of Report 04/11/2019 |
|---|---|---|
| Supervisor KEALY, JUSTIN | Supervisor Signature | Date of Approval 5/9/2019 |



# HUDSON COUNTY PROSECUTOR'S OFFICE
## *SUPPLEMENTAL REPORT*

Page 2 of 9

| Case# | 2018-02-0295 | Promis Gavel# | |
|---|---|---|---|

conducted a Federal Court authorized search warrant of a parcel identified by USPS Tracking Number 9505 5162 0941 9099 3279 49. The search of that parcel led to the recovery of approximately 400 grams of suspected CDS Cocaine. Subsequent to the discovery of the parcels contents, Detective Michael Patti of the Hudson County Prosecutor's Office, who is assigned to the United States Drug Enforcement Administration herein referred to as D.E.A., applied for and was granted a Federal Court Anticipatory search warrant by U.S. Magistrate Joseph A. Dickson, for Firehouse Blazing Pizza, which is located at 488 Central Avenue, Jersey City, New Jersey.

In the afternoon of April 11th, 2019, members of the Hudson County Prosecutor's Office Narcotics Task Force, Sergeants Justin Kealy, and John Kolakowski, Detectives Mario Novo, Josue Velez, Michael Patti, Chad Gigante Veverly Hill, Jennifer Fernandez, Joseph Fuardo, Vincent Avoletta, Carolyn Tholen, Amanda Klarman, Christian Rota, Erik Quintana, Robert Till, and Stephen King, along with members of the USPIS, Inspectors Austin Marchese, and Peter Sarro along with members of DEA New Jersey Group Task Force 1 members S.A. Dan Wehrle, and T.F.O. Darrell Gregory, met at Task Force Headquarters to conduct pre-operational briefing. During that meeting, a plan was put forth to conduct delivery of the postal parcel containing the suspected CDS cocaine to Firehouse Blazing Pizza and later execute the anticipatory search warrant of the premise upon successful delivery.

USPIS Inspectors Austin Marchese, and Peter Sarro, would conduct the controlled delivery of the parcel laden with CDS cocaine, and upon successful delivery of that parcel the anticipatory search warrant, we would then await orders from Sergeant Kealy to execute the Federal Search Warrants of Firehouse Blazing Pizza. At approximately 2:22 PM., Santiago was observed by Sergeant Kealy arriving in the Mercedes Benz and parking in front of 492 Central Avenue, Santiago then entered the pizzeria. At approximately 2:32 PM., USPIS Inspectors Austin Marchese, and Peter Sarro departed the Post Office to conduct the delivery. At approximately 2:36 PM., Santiago was observed by Sergeant Kealy exiting the pizzeria and entering the

| Reporting Officer | Reporting Officer Signature | Date of Report |
|---|---|---|
| NOVO, MARIO | *[signature]* | 04/11/2019 |
| Supervisor | Supervisor Signature | Date of Approval |
| KEALY, JUSTIN | *[signature]* | 5/9/2019 |

USAO_003639



# HUDSON COUNTY PROSECUTOR'S OFFICE
## SUPPLEMENTAL REPORT

Page 3 of 9

| Case# | 2018-02-0295 | Promis Gavel# | |
|---|---|---|---|

Mercedes Benz departing from the area, and briefly stopping at Eye Candy 2, 461 Central Avenue. Santiago was wearing a dark blue sweater and blue jeans. At approximately 2:42 PM., the parcel was delivered by Inspector Marchese.

At approximately 4:03 PM., Santiago was observed by Sergeant Kealy, driving the Mercedes Benz, arriving at the pizzeria and entered the establishment. At approximately 4:05 PM., Sergeant Kealy gave the order to execute the search warrant. Sergeant Kolakowski, Detective Velez and the undersigned were the first to enter the pizzeria announcing our presence while clearly displaying our authority. Sergeant Kealy, Detectives Gigante, Tholen, Rota, Hill, Fernandez, Till, Fuardo, Avoletta, Klarman, Quintana, Patti, and King, Inspectors Marchese, and Sarro entered immediately after.

Upon Entry we observed an employee later identified as Edgar F. Saenz (DOB 10/9/1972, SS# 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) of 79 Courthouse Place, Jersey City, New Jersey with cell phone number (201) 737-5624, was behind the counter of the pizzeria. Saenz was secured and we continued to clear pizzeria. Sergeant Kolakowski, Detective Velez and the undersigned cleared the basement while continuously announcing ourselves and authority. Upon arriving near the office located in the basement, Santiago yelled out that he was in the office. Detective Velez ordered Santiago out of the office and instructed him to keep his hands out in plain sight. Upon Santiago exiting the office, the undersigned secured Santiago and handcuffed him. A search of Santiago's person, produced a Cartier Watch on his left wrist (**Exhibit N-87**), black wallet on his right back pants pocket containing assorted ID's and cards (**Exhibit N-88**), Santiago was wearing a black handbag with red trim across his shoulder, which contained; a Blackberry Cell Phone (**Exhibit N-91**), Black Samsung galaxy note 8 (**Exhibit N-92**), White/silver IPhone in black case with 929-216-2369 written on it (**Exhibit N-93**), Black LG Phone no case (**Exhibit N-94**), Black IPhone in black case (**Exhibit N-95**.)

| Reporting Officer | Reporting Officer Signature | Date of Report |
|---|---|---|
| NOVO, MARIO | *[signature]* | 04/11/2019 |
| Supervisor | Supervisor Signature | Date of Approval |
| KEALY, JUSTIN | *[signature]* | 5/9/2019 |

USAO_003640



# HUDSON COUNTY PROSECUTOR'S OFFICE
## SUPPLEMENTAL REPORT

Page 4 of 9

| | Case# | 2018-02-0295 | Promis Gavel# | |

At that time, everyone inside the pizzeria was secured, and a slow and methodical search of the pizzeria was conducted. Santiago was sitting on the couch while we conducted most of our search. Located at the end of the couch was the parcel laden with cocaine. Santiago advised me that the parcel was his. The parcel is identified as, US Postal Service Priority Mail Box dated 4/9/19 from Carolina, Puerto Rico to 488 Central Avenue in Jersey City located in office (**Exhibit N-86**), Suspected Cocaine for trace amounts (**Exhibit 12**), and Suspected Cocaine (Exhibit 11.) Also recovered from the search were the following; a Postal Box dated March 27, 2019 from Puerto Rico to 1085 Summit Avenue Apt 1 in Jersey City located in basement garbage can (**Exhibit N-85**), a GameStop receipt for Amazon Alexa (**Exhibit N-84**),a Laptop computer located in office (**Exhibit N-83**), DVR Recorder located in Office (**Exhibit N-82**), two Amazon Alexa's in separate boxes located in US Postal service box dated April 9, 2019 (**Exhibit N-97**.)

Detective Gigante took 42 digital photographs of the pizzeria and evidence, later placing those photographs into **evidence identified under Infoshare Evidence Module # 2018-02-0295-3-8**. One (1) Green folder labeled "banking info" was recovered in the office and placed into **evidence identified under Infoshare Evidence Module # 2018-02-0295-2-2**. One (1) vanilla folder labeled "Checks #1001 to #1148, recovered from the office and placed into **evidence identified under Infoshare Evidence Module # 2018-02-0295-2-3**. One (1) Black Stamper labeled with "Fire House Blazing Pizza LLC" recovered from the office and placed into **evidence identified under Infoshare Evidence Module # 2018-02-0295-2-4**. Two (2) Tax documents labeled "Fire House Blazing Pizza LLC" recovered from the office and placed into **evidence identified under Infoshare Evidence Module # 2018-02-0295-2-5**. Four (4) Sets of KEYS recovered from the handbag and placed into **evidence identified under Infoshare Evidence Module # 2018-02-0295-2-6**. CURRENCY, 1 $50, 8 $20, 3 $10, 3 $5, 4 $1, Total-259.00 recovered from Santiago's front right pocket and placed into **evidence identified under Infoshare Evidence Module # 2018-02-0295-2-7**.

The undersigned advised Santiago that he was under arrest for the distribution of CDS. Santiago's demeanor throughout the search warrant and arrest was calm, collective and showed no signs of surprise

| Reporting Officer | Reporting Officer Signature | Date of Report |
|---|---|---|
| NOVO, MARIO | *signature* | 04/11/2019 |
| Supervisor | Supervisor Signature | Date of Approval |
| KEALY, JUSTIN | *signature* | 5/9/2019 |

USAO_003641

| | HUDSON COUNTY PROSECUTOR'S OFFICE<br>*SUPPLEMENTAL REPORT* | Page<br>5 of 9 |
|---|---|---|


| | | Case# | 2018-02-0295 | Promis Gavel# | |

when he was advised of the arrest and charges. The Undersigned then advised Santiago of his Miranda Rights orally, which Santiago acknowledged that he understood. Detective Patti and the undersigned transported Santiago to D.E.A. Task Force in Newark for processing. During the transport Santiago was not asked any questions, however Santiago began to ask several questions regarding his charges specifically 21 U.S. Code § 841and if they were under subsection A, B, or C. Santiago continued asking if there was anyone else arrested and asked if members of his family were also arrested.

Upon arrival at D.E.A. Task Force, Santiago's personal property was removed from his person. The undersigned removed Santiago's Cartier Santos watch from his wrist. At that time, Santiago requested that the undersigned give the watch to "Russo." Russo is known to the undersigned as Anthony Russo, who is a Hoboken Police Officer, who works with the undersigned and is also married to Aliesette Russo-Santiago, who is Felix Santiago's sister. Santiago again asked if anyone in his family was arrested or implicated, I advised him that we are still conducting our investigation and we will be interviewing other people including some members of his family. At that time, Santiago stated, "All that stuff you found is mine, nobody else has anything to do with it but me."

A follow up to this investigation was conducted at Eye Candy 2, located at 461 Central Avenue, Jersey City, New Jersey, which is the business of Sandra Santiago who is Felix Santiago's wife. Throughout this investigation Santiago was observed going to this establishment. On previous controlled deliveries, Santiago had left the pizzeria and went to Eye Candy 2 after receiving parcels. During the follow up investigation, Sandra Santiago was asked if she would voluntarily come to D.E.A. Task Force Headquarters for questioning and she stated that she would. Detectives Klarman and Till transported Sandra Santiago to D.E.A. Task Force Headquarters for questioning. Detective Patti and I interviewed Sandra. During the interview Sandra informed us that she and Felix are currently separated and pursuing a divorce. I asked Sandra where Felix lived and she informed us that he had an apartment at Soho Lofts in Jersey City. Sandra further provided the apartment number as #1005

| Reporting Officer<br>NOVO, MARIO | Reporting Officer Signature | Date of Report<br>04/11/2019 |
|---|---|---|
| Supervisor<br>KEALY, JUSTIN | Supervisor Signature | Date of Approval<br>5/9/2019 |

USAO_003642



## HUDSON COUNTY PROSECUTOR'S OFFICE
### SUPPLEMENTAL REPORT

Page 6 of 9

Case# 2018-02-0295  Promis

Edgar F. Saenz was transported to D.E.A. Task Force Headquarters by Detectives Gigante and Fuardo, for questioning. Detective Patti and I interviewed Saenz. During the interview, Saenz informed us that he has worked for Felix and David since they opened the pizzeria. Saenz informed us that the pizzeria has trouble paying bills and their accounts have been placed on hold. Saenz also stated that he was owed 3 weeks' salary in the past and that they had just recently paid him the money he was owed.

Detective Patti and I returned to the processing area and Santiago immediately stated "I heard my wife is here, I told you that stuff is mine, she has nothing to do with it." I advised him that she was only interviewed and not charged. Santiago then began to recite his family members names and asked if they were here or going to be arrested. I informed him that if they had no involvement that they would have nothing to worry about. I asked Santiago if I would find anything at his mother's apartment, Santiago replied, "no." I asked Santiago if I would find anything in Ralph and Melissa Gallo's apartment, Santiago replied, "no." I asked Santiago if I would find anything in Aliesette and Anthony Russo's apartment, Santiago replied, "no." I asked Santiago if I would find anything in Sandra Santiago's apartment, Santiago replied, "no." I asked Santiago if he had a problem with me searching those places, Santiago replied, "no you can search that." I then asked Santiago if he would give me consent to search his apartment #1005 at the Soho Lofts, Santiago replied, "Get a warrant."

In anticipation of acquiring a search warrant for Soho Lofts 273 16th Street, Apartment #1005, Jersey City, New Jersey. Detectives Hill, Fernandez, Quintana, and King responded to the location to secure the premise. At approximately 8:25 PM., Aliesette and Anthony Russo arrived with empty bags and attempted to enter the apartment. They were stopped by detectives and advised Aliesette and Anthony of the pending

| Reporting Officer | Reporting Officer Signature | Date of Report |
|---|---|---|
| NOVO, MARIO | *signature* | 04/11/2019 |
| Supervisor | Supervisor Signature | Date of Approval |
| KEALY, JUSTIN | *signature* | 5/9/2019 |

USAO_003643



## HUDSON COUNTY PROSECUTOR'S OFFICE
### SUPPLEMENTAL REPORT

Page 7 of 9

| Case# | 2018-02-0295 | Promis Gavel# | |
|---|---|---|---|

investigation and declined entry to the apartment. Aliesette and Anthony were asked if there were any pets in the apartment that may need attending to, and they stated that there was not. At that time Captain William Zabotka and Sergeant John Kolakowski arrived at Soho Lofts, and were exiting the elevators when Anthony and Aliesette were awaiting the elevator on the 10th floor. Captain Zabotka and Sergeant Kolakowski exited the elevator crossing paths with Anthony and Aliesette. Sergeant Kolakowski is familiar with Anthony from other investigations. Upon Sergeant Kolakowski and Anthony making eye contact, Anthony looked down and became visibly nervous. Sergeant Kolakowski and Captain Zabotka continued down the hall to the apartment where they were advised by detectives that Anthony and Aliesette had just attempted to enter the apartment. At that time, Aliesette came back to the apartment with Anthony staying back about 10 feet. Aliesette attempted to inquire about the investigation and Felix's arrest. Aliesette was advised that the investigation is ongoing and they could not advise her about it. Aliesette then provided her phone number (201-238-4429) requesting to be notified when the investigation regarding the apartment was complete.

The investigation regarding Santiago's apartment at Soho Lofts was discussed with AUSA Shawn Barnes, and HCPO A.P. Adam Salzer, who determined not to pursue a search warrant of the apartment at that time. A plan was put forth to conduct further investigation, regarding the apartment, and to determine if Anthony and Aliesette Russo, had any involvement in this investigation. At approximately 10:48 PM., Sergeant Kolakowski contacted Aliesette on the phone number she provided (201-238-4429) as she requested. Aliesette again attempted to inquire about the investigation, and was advised to contact the D.E.A. Aliesette then stated, "So we can go to the apartment now?" Sergeant Kolakowski advised her that our investigation was complete at that time.

Based on the conversation with Aliesette, Sergeant Kolakowski thought that it was highly probable that Aliesette and Anthony would return to the apartment in the near future. At that time surveillance was established of the building, and the door to Apartment #1005. Detectives Hill, and Fernandez established

| Reporting Officer | Reporting Officer Signature | Date of Report |
|---|---|---|
| NOVO, MARIO | *signature* | 04/11/2019 |
| Supervisor | Supervisor Signature | Date of Approval |
| KEALY, JUSTIN | *signature* | 5/9/2019 |

USAO_003644



## HUDSON COUNTY PROSECUTOR'S OFFICE
### SUPPLEMENTAL REPORT

Page 8 of 9

| | Case# | 2018-02-0295 | Promis Gavel# | |
|---|---|---|---|---|

surveillance on the apartment, and the remaining units established surveillance of the building's lobby and exterior. On April 12, 2019 at approximately 12:06 AM., Anthony and Aliesette were observed entering the apartment carrying empty bags. At approximately 12:19 AM., Detectives Hill and Fernandez could hear furniture being moved around in the apartment. During the approximate one hour of Anthony and Aliesette being in the apartment, detectives heard cabinet and furniture drawers being opened and shut several times throughout their stay. At approximately 1:00 AM., Anthony was observed exiting the apartment with two white garbage bags and Aliesette was observed holding a back pack, while waiting for Anthony by the door to the apartment. At that time, Anthony walked to the utility closet and detectives heard the trash chute open and items sent down the trash chute. At that time, Anthony walked back and re-entered the apartment. Our concern was that evidence may have been tampered with or destroyed. At approximately 1:01 AM., Sergeants Kolakowski and Kealy gave the order to stop Anthony and Aliesette for investigation. At approximately 1:06 AM., Anthony and Aliesette were observed by Detectives Hill and Fernandez exiting the apartment with bags and several plastic totes. At approximately 1:07 AM., Anthony and Aliesette were stopped in the hallway near the elevator.

At that time Anthony was visibly nervous, and stuttering, stating "This ain't what you think. I wouldn't do something like that. I have 22 years on the job, and I'm number two on the Sergeants list." Sergeant Kolakowski confronted Anthony with the fact that he was at Santiago's residence twice moments after Santiago's arrest, trying to get into Santiago's apartment. Aliesette stated that they were taking items from the apartment to sell in order to raise money for an attorney. Sergeant Kealy observed that Anthony was wearing the same Rolex watch, that Santiago's was observed wearing during previous surveillances. Russo stated that he was there the last time Santiago was arrested, and stated that Santiago won't stop dealing drugs

| Reporting Officer | Reporting Officer Signature | Date of Report |
|---|---|---|
| NOVO, MARIO | | 04/11/2019 |
| Supervisor | Supervisor Signature | Date of Approval |
| KEALY, JUSTIN | | 5/9/2019 |

USAO_003645

|  | **HUDSON COUNTY PROSECUTOR'S OFFICE**<br>*SUPPLEMENTAL REPORT* | Page 9 of 9 |
|---|---|---|

| | Case# | 2018-02-0295 | Promis Gavel# | |
|---|---|---|---|---|

On April 12, 2019 I responded to the Federal Court House in Newark to produce Santiago for his arraignment. At that time Santiago asked "Is my family ok, is there anyone else arrested? Is there anyone else here on this? Did Tito get arrested?"

Investigation is ongoing...

| Reporting Officer | Reporting Officer Signature | Date of Report |
|---|---|---|
| NOVO, MARIO | *[signature]* | 04/11/2019 |
| Supervisor | Supervisor Signature | Date of Approval |
| KEALY, JUSTIN | *[signature]* | 5/9/2019 |

USAO_003646