EXHIBIT C

| | |
|---|---|
| CASE NUMBER: | US v. Felix Santiago |
| EXHIBIT NUMBER: | ACC Export – 2019-10-01 11.12.22 AM |
| DATE: | October 1, 2019 |
| TIME: | 11.12.22 |
| PARTICIPANTS: | Unidentified Male   [UM] |
| | Mario LNU   [MARIO] |
| | Edgar LNU   [EDGAR] |

ABBREVIATIONS:

| | |
|---|---|
| [Brackets] | Transcriber's notes |
| [U/I] | Unintelligible in English |
| [I/I] | Unintelligible in Spanish |
| *Italics* | Words spoken in English |
| [ph] | Phonetic rendering |

| NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|
| | [Voices in the background] | [Voces al fondo] |
| MARIO: | Do you speak English fluently or do you read and write it or not? | *Do you speak English fluently or do you read and write it or not?* |
| EDGAR: | A little bit, a little bit. | Un poquito, un poquito. |
| MARIO: | Okay, you'd rather speak Spanish? | *Okey, you'd rather speak Spanish?* |
| EDGAR: | I do. | *I do.* |
| MARIO: | Okay, no problem. | *Okey, no problem.* |
| UM: | [U/I] all that. | *[I/I] all that.* |
| MARIO: | Yeah. Uh, can you read Spanish as well? Do you spe... speak English [U/I]? | *Yeah.* Eh, ¿puedes leer español también? ¿Ha… hablas inglés [I/I]? |
| EDGAR: | Yes, a little bit, a little bit. | Sí, un poquito, un poquito. |
| MARIO: | Okay. These are, uh, your rights. I have to present them to you, okay? So, these are your rights, can you read them? | Okey. Estos son, eh, sus derechos. Se los tengo que presentar, ¿okey? *So,* aquí tiene sus derechos, ¿usted los puede leer? |
| EDGAR: | Uh-hum. | Ujum. |
| MARIO: | Okay. Uh, read them, please, | Okey. Eh, léemelo, por favor, eh, en, en, en voz para yo |

| **NAME** | **ENGLISH TRANSLATION** | **ORIGINAL LANGUAGE** |
|---|---|---|
|  | uh, out, out loud, so I can hear. | poder oír. |
| EDGAR: | Uh-hum. | Ujum. |
|  | [Voices overlap] | [Interposición de voces] |
| UM: | Just let him know that he's not [U/I]. | *Just let him know that he's not [I/I].* |
| MARIO: | Uh, yes, you are not, uh, involved in any… were are not aware of your involvement in any part of this, of this... of this investigation, do you understand? At this time, so, uh, you don't do... you are not at any time in our... uh, at present, uh, arrested nor, nor we thin... nor we think that you are involved in this, in this, in this investigation, do you understand? | Eh, sí, usted no está, eh, involucrado en ningún… nosotros no tenemos conocimiento de que usted esté involucrado en ninguna parte de, de este… de esta investigación, ¿entiende? En este momento, so, eh, no haces… no estás en ningún momento de nuestra… eh, presente, eh, arrestado ni, ni pen… ni pensamos que usted está involucrado en esta, en esta, en esta investigación, ¿entiende? |
| EDGAR: | Okay. Should I read it? Should I read now? | Okey. ¿Lo leo? ¿Leo ya? |
| MARIO: | Uh, yes, yes. | Ah, sí, sí. |
| EDGAR: | You have the right to remain silent. | Usted tiene el derecho de permanecer en silencio. |
| MARIO: | Uh-hum. | Ujum. |

US v. Felix Santiago          EXHIBIT NAME ACC Export – 2019-10-01 11.12.22 AM

US_Santiago_0000548

| NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|
| EDGAR: | Anything you say may be used against, against you in a court of law. Before we ask you any questions, you have the right to consult an attorney; you have the right to have an attorney present [U/I] during questioning, there it says questioning. If you cannot afford an attorney, if you wish, one will be appointed to you [U/I] any questionings. Your rights have been read to you, are you willing to answer any questions? [U/I] that I have read, that the aforementioned rights have been read to me and [U/I] are my rights [U/I] that I am willing to answer [U/I] any questions without any attorney present. Okay. | Cualquier cosa que usted diga, puede usarse en su, en su contra ante un tribunal. Antes de hacerle cualquier pregunta usted tiene derecho a consultar un abogado; usted tiene el derecho de tener un abogado presente cuando usted, [I/I] esté interrogado, ahí dice interrogado. De no, no poder pagar el servicio de un abogado, si usted lo desea, se le nombrará uno antes de hacer cualquier pregunta. Leídos sus derechos, ¿está dispuesto a contestar algunas preguntas? [I/I] que he leído, se me ha leído [sic] los derechos antes mencionados y [I/I] son mis derechos [I/I] que estoy dispuesto a contestar [I/I] cualquier pregunta sin la presencia de un abogado. Okey. |
| MARIO: | Do you understand, do you understand? | ¿Entiendes, entiendes? |
| EDGAR: | Uh-huh. | Ajá. |
| MARIO: | Okay, uh, uh, okay, so you have the right to remain silent, do you understand that? | Okey, eh, eh, okey, so usted tiene el derecho de permanecer en silencio, ¿entiende eso? |
| EDGAR: | Uh-hum. | Ujum. |

US v. Felix Santiago                    EXHIBIT NAME ACC Export – 2019-10-01 11.12.22 AM

US_Santiago_0000549

| **NAME** | **ENGLISH TRANSLATION** | **ORIGINAL LANGUAGE** |
|---|---|---|
| MARIO: | If you may, uh, put your initials in, in this box or next to the box, please. | Si me puede, eh, poner su inicial en, en esa cajita o al lado de esa cajita, por favor. |
| EDGAR: | Put my initials? | ¿Poner mis iniciales? |
| MARIO: | Yes, your initials, yes. Here, insi... a... Uh, yes, on that very same question. They are... I'm going to ask you one by one and, and you put your initials. Okay, uh, anything you say, uh, may be, uh, uh, used aga... against you in a court of law. Do you understand? | Sí, sus iniciales, sí. Aquí, aden... a... Ah, sí, en esa misma pregunta. Son... todas se las voy a preguntar una a una y que la entiendes y, y pones sus iniciales. Okey, uh, cualquier cosas [*sic*] que usted diga, eh, puede ser, eh, eh, usado en con... en su contra ante un tribunal. ¿Entiendes? |
| EDGAR: | Uh-hum. | Ujum. |
| MARIO: | Okay, can you put your i... initials? Okay, before I ask you any questions, you have the right to, uh, consult an attorney, do you understand that question? | Okey, ¿me puedes poner sus i... iniciales? Okey, antes de hacerle cualquier pregunta, usted tiene el derecho de, eh, consultar con un abogado, ¿entiendes esa pregunta? |
| EDGAR: | Uh-hum. | Ujum. |
| MARIO: | Okay. Uh, you have the right to have an attorney present, uh, during the... the questioning... Okay. Uh, if, uh, if ou cannot, uh, afford a... uh, the services of an attorney and, and if you, uh, wish, uh, an attorney will be appointed to you, uh, uh, one b... before any questionings, | Okey. Eh, usted tiene el derecho de tener un abogado presente, ah, durante el... la interrogación... Okey. Eh, de, eh, de no poder, eh, pagar un... eh, los servicios de un abogado y, y si usted, eh, lo desea, eh, se le nombrará un abogado, eh, eh, uno a... |

US v. Felix Santiago                    EXHIBIT NAME ACC Export – 2019-10-01 11.12.22 AM

US_Santiago_0000550

| NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|------|---------------------|-------------------|
| | any, uh, do you understand? | antes de hacerle algunas preguntas, cualquiera, eh, ¿entiendes? |
| EDGAR: | Yes, sir. | Sí, señor. |
| MARIO: | Okay, So, have you understood your, your rights? | Okey. Y, ¿ha entendido su, sus derechos? |
| EDGAR: | Yes, sir. | Sí, señor. |
| MARIO: | Put "Yes." So can you put your initials next to it? Thank you. Uh, this, this, u... uh, dis... e... I'm sorry. [U/I] [Laughs] Are you willing to answer any questions? | Póngamele "Sí". Y ¿me puede poner las iniciales al lado? Gracias. Eh, esta, esta, e... eh, dis... e... perdón, [I/I]. [Se ríe] ¿Estás dispuesto a contestar alguna pregunta? |
| EDGAR: | Yes, sir. | Sí, señor. |
| MARIO: | Okay, uh, "Yes." And put your initials here. Okay, you waive your rights... I have read... you... uh, put your initials there because you read it. Okay, uh, I, I, I have read, uh, your Mi... rights, uh, mentioned and I, I understood my, uh, uh, my rights. At, at this time I'm willing to freely and voluntarily answer any questions without an attorney present. Do you understand? | Okey, eh, "Sí". Y ponga sus iniciales ahí. Okey, la renuncia de sus derechos... he leído... usted... eh, ponme ahí las iniciales suyas [sic] ahí porque usted lo leyó. Okey, eh, he, he, he leído, eh, sus derechos de Mi... eh, mencionados, eh, y he, he entendido cuáles son eh, eh, mis derechos. En, en este momento estoy dispuesto a contestar libre y voluntariamente cualquier pregunta sin la presencia de un abogado. ¿Entiendes? |

| **NAME** | **ENGLISH TRANSLATION** | **ORIGINAL LANGUAGE** |
|---|---|---|
| EDGAR: | [Inaudible response] | [Respuesta inaudible] |
| MARIO: | Okay, put your initials there next to it and sign here... Okay, thank you very much. | Okey, le pone sus iniciales ahí al la'o y me firmas acá... Okey, muy agradecido. |
| UM: | [U/I] sign [U/I]. | *[I/I] sign [I/I].* |
| MARIO: | Oh, oh, yes, excuse me. | Oh, oh, sí, perdón. |
| UM: | No, no, no, you are, you sign here. | *No, no, no, you are, you sign here.* |
| MARIO: | Uh, how do you want me to, to, to...? Uh, what, what is your name? | Eh, ¿cómo desea que yo lo, le, le...? Eh, ¿cómo, cómo te llamas? |
| EDGAR: | Edgar. | Edgar. |
| MARIO: | Edgar, okay, Edgar. Uh, Edgar, I am Mario. | Edgar, okey, Edgar. Eh, Edgar, yo soy Mario. |
| EDGAR: | Uh-hum. | Ujum. |
| MARIO: | Okay, u h, you're here at, at, at... thi... in... this is the, the D.E.A.'s office. | Okey, eh, estás aquí en, en, en... és... en... ésta es la oficina de, de la D.E.A. |
| EDGAR: | Uh-hum. | Ujum. |
| MARIO: | Okay? In Newark. Uh, you're here, uh, for an investigation we | Okay? En Newark. Eh, estás aquí, eh, por una investigación |

US v. Felix Santiago                    EXHIBIT NAME ACC Export – 2019-10-01 11.12.22 AM

US_Santiago_0000552

| NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|
| | are... | que nosotros estamos... |
| | [Telephone ringing] | [Timbre telefónico] |
| MARIO: | ...uh, conducting at this time, uh, regarding the distribution of drugs. Okay? He wants to ask you som... uh, I want to ask you some questions about that... | ...eh, funcionando en este momento, eh, sobre la distribución de narcóticos. ¿Okay? Te desea hacer algu... eh, yo te deseo hacer algunas preguntas sobre eso... |
| | [Voices overlap] | [Interposición de voces] |
| EDGAR: | Okay. | Okey. |
| MARIO: | ...and no, uh, I don't know how much you may know... | ...y no, eh, no sé lo que su conocimiento será... |
| EDGAR: | Uh-hum. | Ujum. |
| MARIO: | ...and that's what I'm asking for. You, uh, how long have you been working at, at, at...? | ...y es lo que estoy pidiendo. Usted, eh, ¿cuánto tiempo lleva trabajando en, en, en...? |
| EDGAR: | Since October, approximately. | Desde octubre aproximadamente. |
| MARIO: | Since October. | Desde octubre. |
| EDGAR: | Uh-huh. | Ajá. |
| MARIO: | Okay, so, a few... approximately six [6] months ago. Okay, Uh, what daily... how many... how... | Okey, *so,* hace unos... más o menos seis [6] meses. Okay. Eh, ¿qué diariamente... |

US v. Felix Santiago                    EXHIBIT NAME ACC Export – 2019-10-01 11.12.22 AM

US_Santiago_0000553

| NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|
| | what do you... do you have a permanent job? How many days? | cuántos... cuán... qué u... trabajas fijo? ¿Cuántos días? |
| EDGAR: | Four [4] days, it's a part-time job, it's just a... | Cuatro [4] días, es un *part-time*, sólo es una... |
| MARIO: | A part-time? | ¿Un *part-time*? |
| EDGAR: | That's right. Thursday, Friday, Saturday and Sunday because those are the busiest days. [U/I] on Friday, there is hardly anything to do on Monday, Tuesday and Wednesday. | Así es. Jueves, viernes, sábado y domingo porque son los días más recios. [U/I] el viernes, ya el lunes, martes y el miércoles no se hace casi nada. |
| MARIO: | Okay. | Okey. |
| | [Voices overlap] | [Interposición de voces] |
| EDGAR: | So I work there with, with David... | Entonces ahí trabajo con el, con el David... |
| MARIO: | Okay. | Okey. |
| EDGAR: | ...and his brother. | ...y el hermano. |
| MARIO: | Okay. | Okey. |
| EDGAR: | And the, uh... David's girlfriend, who is the [U/I]. | Y la, eh... novia de David, que es la [I/I]. |
| MARIO: | Uh-hum. | Ujum. |

US v. Felix Santiago          EXHIBIT NAME ACC Export – 2019-10-01 11.12.22 AM

US_Santiago_0000554

| NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|------|---------------------|-------------------|
| EDGAR: | Um, four [4] days. | Um, cuatro [4] días. |
| MARIO: | Four [4] days and what time? Those four [4] days, how many hours do you work? | Cuatro [4] días y ¿qué hora? Esos cuatro [4] días, ¿cuántas horas trabaja? |
| EDGAR: | From opening to closing. | Desde que abre hasta que cierra. |
| MARIO: | Okay, it's around ten [10]… | Okey, son más o menos las diez [10]… |
| | [Voices overlap] | [Interposición de voces] |
| EDGAR: | Ten [10], eleven [11] hours or twelve [12] hours on the weekend. | Diez [10], once [11] horas o doce [12] horas el fin de semana. |
| MARIO: | Okay, so from ten [10] in the morning until… | Okey, so de las ten [10] de la mañana hasta… |
| EDGAR: | Eleven [11], twelve [12] and el… almost twelve [12], almost. | Once [11], doce [12] y on… casi doce [12], casi. |
| MARIO: | Okay. Between eleven [11] and twelve [12], most of the time more, more. | Okey. Entre once [11] y doce [12], más, más la mayoría de las veces. |
| EDGAR: | Uh-hum. | Ujum. |
| MARIO: | Okay. So, uh, during that time, have you seen… Uh, who is your boss, who is your, your | Okey. Y, eh, durante ese tiempo, usted ha visto… Eh, ¿quién es su jefe, quién es su, |

US v. Felix Santiago          EXHIBIT NAME ACC Export – 2019-10-01 11.12.22 AM

US_Santiago_0000555

| NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|------|--------------------|--------------------|
| | manager? Tell me. | su gerente? Vea. |
| EDGAR: | David. | David. |
| MARIO: | David, David is the one who, the one who, the one who, the one, the one you report to. | David, David es el que, el que, el que, el que, el que tú le respondes. ¿Él es el que te paga? |
| EDGAR: | Yes. | Sí. |
| MARIO: | Okay. Who is Feliz? | Okey. ¿Quién es Feliz? |
| EDGAR: | Felix is the, is his brother. Felix is the owner. | Felix es el, es el hermano. Felix es el dueño. |
| MARIO: | Felix is the owner. | Felix es el dueño. |
| EDGAR: | Yes. | Sí. |
| MARIO: | Okay, so, the manager would be, uh, David. | Okey, *so*, el gerente sería, eh, David. |
| | [Noise] | [Ruido] |
| EDGAR: | David is the one in charge. | David es el que está encargado. |
| | [Voices overlap] | [Interposición de voces] |
| MARIO: | The one in charge… | El que estaba encargado… |

| NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|
| EDGAR: | Uh-huh. | Ajá. |
| MARIO: | ...and the owner would be, the, the, the boss would be, uh, uh, Feliz, Feliz. | ...y el dueño sería, el, el, el patrón sería, eh, eh, Feliz, Feliz. |
| EDGAR: | Uh-huh. | Ajá. |
| MARIO: | Okay, during that time, uh, have you seen anything, maybe, uh, that you, uh, would think or give you the idea that could be something illegal? | Okey, durante ese tiempo, eh, ¿usted ha visto algo, quizás, eh, que usted, eh, pensaría o tendrá idea que quizás sería ilegal? |
| EDGAR: | Well, not really, no, no. I have not seen anything that would indicate that, I... [U/I] or something, no, no. | Pues, no, realmente, no, no. No he visto nada que diga que... yo... [I/I] o algo, no, no. [I/I]. |
| MARIO: | Okay. | Okey. |
| EDGAR: | [U/I]. | [I/I]. |
| MARIO: | During that time, uh, have you possibly seen, uh, someone, uh, bringing any money and giving it to, to David or Felix or... | Durante ese tiempo, eh, ¿usted he visto [sic] quizás, eh, alguien, eh, traer una cantidad de dinero y dárselo a, a David o a Felix o... |
| EDGAR: | [U/I]. | [I/I]. |
| MARIO: | ...or something to make a payment, or, or do some transaction? | ...o algo para hacer un pago, o, o hacer algún trámite? |

| NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|------|---------------------|-------------------|
| EDGAR: | Money, there really hasn't been much money because sometimes they have even owed me up to three [3] weeks. So... | Dinero, dinero no ha habido mucho de verdad porque a mí me han estado debiendo a veces hasta tres [3] semanas. Entonces… |
| MARIO: | They owe you three [3] weeks of pay. | Te deben tres semanas de pago. |
| EDGAR: | They owed me. They, they just paid me last week. | Me estaban debiendo. Apenas me, me cuadraron esta semana pasada. |
| MARIO: | Okay. | Okey. |
| EDGAR: | And they, they had some gas problems. | Y tenían problemas con el, con el gas. |
| MARIO: | Uh-huh. | Ajá. |
| EDGAR: | They were going to interrupt service last month. | Se lo iban a cortar el mes pasado. |
| MARIO: | Okay. | Okey. |
| EDGAR: | I don't know, like money, money, no, there is not much money movement at the, at the pizza place. So... this week started fine already. | No sé, como que dinero, dinero, no, no se mueve mucho ahí en la, en la pizzería. So... esta semana empezó bien ya. |
| MARIO: | Uh-huh. | Ajá. |

US v. Felix Santiago                    EXHIBIT NAME ACC Export – 2019-10-01 11.12.22 AM

US_Santiago_0000558

| NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|------|---------------------|-------------------|
| EDGAR: | Busy. We started working hard this week. We worked hard last Saturday and Sunday with David. | Duro. Esta semana empezamos a trabajar duro. El sábado pasado y el domingo con David trabajamos duro. |
|  | [Beep] | [Pitido] |
| EDGAR: | I got tired [U/I]. | Vine cansado [I/I]. |
| MARIO: | Okay. | Okey. |
| EDGAR: | But from there to see that… I at… the other day I saw that, that, that David gave some, but, but small bills, for change. A package like this of, of singles and one of five [dollar bills]. | Pero de ahí a ver que… yo por… yo vi el otro día que el, el, el David le dio, pero de a, de a sueltos, para cambio. Un paquete así de, de a uno y uno de a cinco. |
|  | [Voices overlap] | [Interposición de voces] |
| MARIO: | Okay. Bills of, of… | Okey. Billetes de, de… |
| EDGAR: | Yes, for change. | Sí, para cambio. |
| MARIO: | …from… small bills for change for the, for the register or whatever. | …de… pequeños para cambio para la, para la registradora o lo que sea. |
| EDGAR: | [U/I]. | [I/I]. |
| MARIO: | Okay. But have you seen anybody coming to bring money from outside, I mean… | Okey. Pero no ha visto a nadie venir a traer dinero de afuera, digo… |

| NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|------|--------------------|--------------------|
| EDGAR: | No. | No. |
| MARIO: | …someone who is not an employee or anything like that. | …de que no sea empleado ni nada de eso. |
| EDGAR: | No, no, that [U/I]. | No, no, eso [I/I]. |
| MARIO: | Okay, have you seen a weapon, uh, at some point? | Okay, ¿en algún tiempo usted he visto [sic], eh, un arma? |
| EDGAR: | No. | No. |
| | [Voices overlap] | [Interposición de voces] |
| MARIO: | You've never seen a weapon, a rifle, nothing? Okay. Uh… | ¿Nunca ha visto un arma, un fusil [sic], nada? Okey. Eh… |
| EDGAR: | He only had a, a, a paint gun. | Lo único que tenía era de, de, de pintura. |
| MARIO: | Okay, paint? | Okey, ¿de pintura? |
| EDGAR: | Yes, David had one. | Sí, el David tenía una. |
| MARIO: | [I/I] had a paint gun, David had a paint gun at, at one point. | [I/I] had a paint gun, David had a paint gun at, at one point. |
| UM: | Yes. | Yes. |
| MARIO: | Uh, David, but not Feliz. | Eh, David, pero no Feliz. |

| NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|------|---------------------|-------------------|
| EDGAR: | No, no. | No, no. |
| MARIO: | Okay. Uh, at some point, uh, who else… worked there with you? | Okey. Eh, en algún tiempo, eh, ¿quién más usted… trabajaba ahí con usted? |
| | [Noise] | [Ruido] |
| EDGAR: | Uh, these two, three weeks David and I are alone. | Eh, estas dos, tres semanas estamos solos David y yo. |
| MARIO: | Okay. | Okey. |
| EDGAR: | Because, uh, man… a, a cook there was fired. | Porque, eh, man… botaron a un, un cocinero ahí. |
| MARIO: | Okay. What was his name? | Okey. ¿Cómo es que se llamaba? |
| EDGAR: | Because he wouldn't, wouldn't work well. They called him Tito, I don't know his name. | Porque él no, no trabajaba, no trabajaba bien. Le decían Tito, no sé el nombre. |
| MARIO: | They called him Tito, okay. | Le decían el Tito, okey. |
| EDGAR: | I don't know [U/I]. | No sé [I/I]. |
| MARIO: | So, when was Tito fired? | Y ¿al Tito cuándo lo botaron? |
| EDGAR: | About three weeks ago now. | Hace ya tres semanas. |
| UM: | Okay. | Okey. |

US v. Felix Santiago                    EXHIBIT NAME ACC Export – 2019-10-01 11.12.22 AM

US_Santiago_0000561

| NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|------|---------------------|-------------------|
| MARIO: | Probably a little less than that? | ¿Quizás sea un poco menos tiempo? |
| EDGAR: | I think it was three weeks ago, [U/I] weeks, [U/I] weeks. He even left about a week, a week and a half. Because since I work on... I think he was fired on a Sunday, a Monday. I think he got fired on Sunday, no, it was on a Monday. | A mí me parece tres semanas, [I/I] semanas, [I/I] semanas. Y hasta dejó una semana, una semana y media por ahí. Porque yo como trabajo el... lo habían botado creo un domingo, un lunes. Un domingo creo, no un lunes fue que lo botaron. |
| MARIO: | Uh, it must be less than three weeks, because I saw him there before that, but now we're giving him [U/I] a few day, more or less. | Uh, no debe llegar a tres semanas, porque yo lo vi ahí anterior de eso, pero ahora le estamos dando [I/I] unos días, más o menos. |
| EDGAR: | Wait, it was, [U/I], Sunday and on Sunday... | Fue, espera, [I/I] domingo y el domingo... |
| MARIO: | Today is Thursday. | Hoy es jueves. |
| EDGAR: | Today is Thursday, hold on, it was probably last Sunday, last Sunday, [U/I] probably two Sundays ago. | Hoy es jueves, espérate, sería domingo que pasó, el domingo que pasó, [I/I] hace dos domingos sería. |
| MARIO: | Okay. | Okey. |
| UM: | Uh-hum. | *Uh-hum.* |
| EDGAR: | So what was his name? | Y ¿cómo se llamaba él? |

| NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|------|---------------------|-------------------|
| MARIO: | Tito. | Tito. |
| EDGAR: | Tito, okay. | Tito, okay. |
| MARIO: | So, what happened that Tito got fired? | Y ¿qué pasó con Tito que lo botaron? |
| EDGAR: | He said, I heard that he had taken the car and was traveling on the Turnpike or something like that. | Dijo… escuché que había cogido el carro y había ido por el Turnpike o algo así. |
| MARIO: | Okay. | Okey. |
| EDGAR: | And they had given him like a ticket for two hundred [U/I]. | Y que le habían dado un *ticket* como de doscientos [I/I]. |
| MARIO: | Okay. | Okey. |
| EDGAR: | So they fired him because since he was working on the cash register [U/I]. | Entonces lo botaron porque como él trabaja en la caja [I/I]. |
| MARIO: | Okay. And, uh, have you ever seen Tito with, uh, some drugs or anything? | Okey. Y, eh, ¿usted nunca ha visto a Tito con, eh, algún narcótico o nada [*sic*]? |
| EDGAR: | No, [U/I]. | No, [I/I]. |
| MARIO: | No, uh, of, of… any drugs, have you seen anybody there? | No, uh, de, de… parte de narcótico, ¿usted ha visto a nadie ahí? |

US_Santiago_0000563

| NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|------|---------------------|-------------------|
| EDGAR: | [Respuesta inaudible] | [Inaudible response] |
| MARIO: | No? Okay. When Felix is, uh, where... uh, does Felix hang around there frequently? | ¿No? Okey. Cuando Felix está, eh, por dónde... eh, ¿Felix anda ahí mucho? |
| EDGAR: | Not much. | No mucho. |
| MARIO: | Not at night. Not on a schedule, not much on a schedule... a little bit every now and then. | No de noche. No horario, no mucho horario... de vez en cuando un poco. |
| EDGAR: | He shows up every now and then, talks to David and then leaves. | De vez en cuando se asoma, habla con el David y luego se va. |
| MARIO: | Okay. | Okey. |
| EDGAR: | He may stop by there one day. | A veces pasa un día ahí. |
| MARIO: | Okay. | Okey. |
| EDGAR: | He sits down and starts talking on the telephone. | Se sienta y se pone a hablar por teléfono. |
| | [Voices overlap] | [Interposición de voces] |
| MARIO: | Okay, all right. Uh, he basically said that he doesn't know ho... Let me ask you a question, uh... | Okey, está bien. *Uh, he basically said that he doesn't know ho...*Déjame hacerte una pregunta, eh... |

US_Santiago_0000564

| NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|------|---------------------|-------------------|
| UM: | It's all right. | *It's all right.* |
| MARIO: | …uh, how much business, uh, do you…? How many pizzas are sold? What…? Is there normally a lot of business during the day? | …ah, ¿cuánto negocio, eh, usted…? ¿Cuántas pizzas se venden? ¿Qué…? ¿Hay mucho negocio durante el día normalmente? |
| EDGAR: | It's slow today. [Noise] | Hoy es flojo. [Ruido] |
| MARIO: | Uh-huh. | Ajá. |
| EDGAR: | It's slow today, today, today we'll sell about 20. | Hoy es flojo, hoy, hoy se venderán como unas 20. |
| MARIO: | Okay. | Okey. |
| EDGAR: | Salads, medium size, about 20, you see? | Ensaladitas, medianitas, unas 20, ¿ve? |
| MARIO: | Okay. | Okey. |
| EDGAR: | Truly, no, the good thing starts tomorrow from 3:00 in the afternoon to 12:00 [U/I]. | En verdad, no, mañana empieza lo bueno desde las 3:00 de la tarde hasta las 12:00 [I/I]. |
| MARIO: | Okay. | Okey. |
| EDGAR: | More [U/I] about 50 pizzas. | Más [I/I] como unas 50 pizzas. |
| MARIO: | Okay. | Okey. |

US v. Felix Santiago                    EXHIBIT NAME ACC Export – 2019-10-01 11.12.22 AM

US_Santiago_0000565

| NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
| --- | --- | --- |
| EDGAR: | We run out of wings around 7:30. | Alitas se acaban como a las 7:30. |
| MARIO: | Okay. | Okey. |
| EDGAR: | Uh, we sell a lot of salad. | Uh, ensaladitas se venden mucho. |
| MARIO: | Okay. | Okey. |
| EDGAR: | Uh, what else? Some pasta, but not much. | Uh, ¿qué más? Alguna pasta, pero no mucha. |
| MARIO: | Not much. | No mucha. |
| EDGAR: | But now much today. | Pero no es mucho hoy día. |
| MARIO: | Okay. | Okey. |
|  | [Voices overlap] | [Interposición de voces] |
| EDGAR: | A little bit tomorrow, Saturday and Sunday. | Mañana, el sábado y el domingo un poquito. |
| MARIO: | You, uh, only work part-time over there. Do you work in another, in another restaurant? | Usted, uh, sólo trabaja allí *part-time*. ¿Trabaja en otro, en otro *restaurant*? |
| EDGAR: | No, uh, I was just considering quitting this job because they are [U/I]. | No, este, justamente iba a dejar este trabajo porque me están [I/I]. |

| NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|
| MARIO: | [U/I] three weeks? Three days of three weeks? | [I/I] ¿tres semanas? ¿Tres días de tres semanas? |
| | [Voices overlap] | [Interposición de voces] |
| EDGAR: | Yes, they owed me three weeks. | Sí, me debían tres semanas… |
| MARIO: | *Three weeks of pay, they didn't pay him...* | *Three weeks of pay, they didn't pay him...* |
| EDGAR: | …this, now when… | …esto, ya cuando… |
| MARIO: | …*[U/I] a little bit, but now he's* [U/I] *paying.* [U/I]. | …*[I/I] a little bit, but now he's caught up. [I/I].* |
| UM: | Oh. | *Oh.* |
| MARIO: | But yeah, he doesn't do a lot of business, uh, at the restaurant. The business is a little slow. Occasionally Saturdays and Fridays, are a little busier, but, uh, for the most part it's slow during the week and, uh, they were going to cut off the gas. They were going to interrupt the... the, the gas... | *But yeah, he doesn't do a lot of business, uh, at the restaurant. The business is a little slow. Occasionally Saturdays and Fridays, are a little busier, but, uh, for the most part it's slow during the week and, uh, they were going to cut off the gas.* Te iban a cortar la… el, el gas... |
| | [Voices overlap] | [Interposición de voces] |
| EDGAR: | [U/I] what I know, but on Monday, Tuesday and Wednesday, I don't really know how it really gets… | [I/I] lo que yo sé, pero el lunes, martes y miércoles no sé cómo se ponga en realidad… |

| **NAME** | **ENGLISH TRANSLATION** | **ORIGINAL LANGUAGE** |
|---|---|---|
| MARIO: | Right, right. | *Right, right.* |
| EDGAR: | …but I have heard that, that, that… it has been very busy for two or three days. | …pero sí me han dicho que, que, que… hay dos o tres días que se han puesto bien *busy.* |
| MARIO: | Yeah. | *Yeah.* |
| EDGAR: | But now we have to [U/I]. | Pero ya hay que [I/I]. |
| MARIO: | *Two or three days a week that maybe they're busy somewhat, but, uh…* | *Two or three days a week that maybe they're busy somewhat, but, uh…* |
| | [Unintelligible conversation] | [Conversación ininteligible] |
| MARIO: | Yeah, not, not [U/I] regular business and, uh, uh… | *Yeah, not, not [I/I] regular business and, uh, uh…* |
| EDGAR: | [U/I]. | [I/I]. |
| MARIO: | …they had trouble paying gas bills… | *…they had trouble paying gas bills…* |
| | [Noise] | [Ruido] |
| MARIO: | …and trouble paying regular bills. Uh, food also, uh, uh, uh. | *…and trouble paying regular bills.* Eh, la comida también, uh, uh, uh. |
| EDGAR: | Yes, I have to shop for boxes [ph] at Home Depot. | Sí, tengo que ir a comprar cajería [ph] yo a Home Depot. |

US_Santiago_0000568

| **NAME** | **ENGLISH TRANSLATION** | **ORIGINAL LANGUAGE** |
|---|---|---|
| MARIO: | Okay. | Okey. |
| EDGAR: | Because sometimes there are just a few left. So, so I'm already sick and tired. | Porque a veces falta mucha. Ya, ya me tienen cansa'os pues. |
| MARIO: | Fine. Okay. | Ya. Okey. |
| EDGAR: | [U/I] I, I never [U/I]. [Noise] | [I/I] nunca me, me [I/I]. [Ruido] |
| MARIO: | Okay. | Okey. |
| | [Telephone tone] | [Tono telefónico] |
| EDGAR: | My God! | ¡Dios mío! |
| MARIO: | Where do you live in…? | ¿Adónde usted vive en…? |
| EDGAR: | At 79 Courthouse Place, in Jersey City. | En el 79 de Courthouse Place, en Jersey City. |
| MARIO: | Okay, 79 Courthouse Place. | Okey, 79 Courthouse Place. |
| EDGAR: | Hum. | Jum. |
| MARIO: | Okay, uh, and, uh, where did you work before this? | Okey, eh, y, eh, ¿dónde usted trabajaba antes de esto? |
| EDGAR: | Uh, it was called, uh, the Stage Door Pizza, I think it's around the World Trade Center. | Eh, se llamaba, eh, Stage Door Pizza, creo que es por el World Trade Center. |

| NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|
| MARIO: | Okay. | Okey. |
| EDGAR: | I worked there for three months [U/I]. | Ahí trabajé tres meses [I/I]. |
| MARIO: | In New York. | En Nueva York. |
| EDGAR: | Yes, in New York. Over there I worked at 48th and… no, [U/I] thirty… 42nd of something like that. | Sí, en Nueva York. Allí trabajaba en la 48 y… no, [I/I] treinta y… 42 o algo de eso. |
| MARIO: | Okay. | Okey. |
| EDGAR: | I also worked part-time. | También trabajaba *part-time*. |
| MARIO: | Do you also open and close the business? | ¿Usted abre y cierra el negocio también? |
| EDGAR: | No. | No. |
| UM: | [Coughs] | [Tose] |
| MARIO: | No? Who lets you in then? | ¿No? ¿Quién te deja entrar entonces? |
| EDGAR: | David. | David. |
| | [Voices overlap] | [Interposición de voces] |
| MARIO: | Is David normally… | ¿David es normalmente… |

US_Santiago_0000570

| NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|------|---------------------|-------------------|
| EDGAR: | Uh-hum. | Ujum. |
| MARIO: | ...the one who lets you in? Who let you in today? | ...el que te deja entrar? ¿Hoy quién te dejó entrar? |
| EDGAR: | David | David. |
| MARIO: | So David doesn't work today? | Y ¿David no trabaja hoy? |
| EDGAR: | Yes, he went shopping. | Sí, fue a comprar. |
| MARIO: | Okay. | Okey. |
| EDGAR: | David went, uh, went to Hoboken to buy wings [U/I]. | David se fue, eh, se fue a comprar a Hoboken las alas [I/I]. |
| MARIO: | Where does he buy the wings? | ¿Adónde compra las alas? |
| EDGAR: | He usually goes to Restaurant Depot, but today he said he was going to go to, to Ho... to Hoboken, he was apparently going to borrow from someone. | Usualmente se va al Restaurant Depot, pero dijo que se iba a ir hoy a, a Ho... a Hoboken, parece que alguien le iba a prestar. |
| MARIO: | Okay. | Okey. |
| EDGAR: | Uh-hum. [U/I]. | Ujum. [I/I]. |
| MARIO: | Okay. Uh... is there anything that perhaps you think may help us in the investigation or that, that you have not told me or I | Okey. Eh... ¿hay algo quizás que usted piense que quizás me pueda ayudar en mi investigación o que, que usted |

| NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|------|---------------------|-------------------|
|  | have not asked you? | no me ha dicho o que yo no le he preguntado? |
| EDGAR: | No, I already told you, I knew he had problems with his wife. I did know that he had problems with his wife. | No, ya yo le dije, yo sabía que tenía problemas con la mujer. Eso sí sabía que tenía problemas con la mujer. |
| MARIO: | Yes, yeah, that's not it, that's not it… this is something else. [Laughs] | Sí, *yeah,* esto no es, esto no es… esto es otra cosa. [Se ríe] |
|  | [Telephone tone] | [Tono del teléfono] |
|  | [Unintelligible conversation] | [Conversación ininteligible] |
| MARIO: | Yeah, uh, uh, there is… | *Yeah,* eh, eh, hay… |
| UM: | [U/I]. | [I/I]. |
| MARIO: | …at some point did you…? Uh, a box was delivered to you today by mail. | …¿usted en algún tiempo…? Eh, hoy vino el, el correo y te dejó una caja. |
| EDGAR: | Yes. | Sí. |
| MARIO: | Uh, what happened with that box? | Eh, ¿qué pasó con esa caja? |
| EDGAR: | David said it was his. | David dijo que es de él. |
|  | [Voices overlap] | [Interposición de voces] |

| NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|------|---------------------|-------------------|
| MARIO: | David said it was his. | David dijo que era de él. |
| EDGAR: | Uh-huh. | Ajá. |
| MARIO: | Okay, and what…? | Okey, y ¿qué…? |
| EDGAR: | [U/I] under… under a person's name. | [I/I] a nombre de a… de una persona. |
| MARIO: | But, was David there… | Pero, ¿David estaba ahí… |
| EDGAR: | Yes, he was there. | Sí, él estaba ahí. |
| MARIO: | …when the box was delivered? | …cuando vino la caja? |
| EDGAR: | Yes. | Sí. |
| MARIO: | And he said it was his. | Y dijo que era de él. |
| EDGAR: | Uh-huh. | Ajá. |
| MARIO: | Okay, and, uh, what, what did David do with the box or what…? | Okey, y, uh, y ¿qué, qué hizo David con la caja o qué…? |
| EDGAR: | I think he took it downstairs. | La llevó para abajo creo. |
| MARIO: | He took it to the basement. | La llevó pa'l *basement*. |
| EDGAR: | I think. | Creo yo. |

US v. Felix Santiago          EXHIBIT NAME ACC Export – 2019-10-01 11.12.22 AM

US_Santiago_0000573

| NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|------|---------------------|-------------------|
| MARIO: | Okay. | Okey. |
| EDGAR: | I was already working [U/I]. | Yo estaba trabajando ya [I/I]. |
| MARIO: | Okay, and then David went out to get the wings. | Okey, y después David salió a buscar las alas. |
| EDGAR: | Yes, sir. | Sí, señor. |
| MARIO: | So David a... accepted the package, David said the package was his. | *So David a… accepted the package, David said the package was his.* |
| UM: | Hum. | Jum. |
| MARIO: | So he took it... uh, co... do you... do you understand me or...? | *So he took it… eh, co… ¿me... me entiendes o…?* |
| EDGAR: | Hum. | Jum. |
| MARIO: | Okey. *David took the package and then took it downstairs to the basement. He put it in the basement, then he went to go to Ho... uh, Hoboken or to go get some wings. [U/I].* | Okey. *David took the package and then took it downstairs to the basement. He put it in the basement, then he went to go to Ho... uh, Hoboken or to go get some wings. [I/I].* |
| UM: | *Oh, get food.* | *Oh, get food.* |

| NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|------|---------------------|-------------------|
| MARIO: | In Jersey City. At... it's at... What is it? Where is it? What's the address? | *In Jersey City. At... it's at... ¿Cómo es? ¿Dónde es? ¿Cuál es la dirección?* |
| EDGAR: | 79 Courthouse. | 79 Courthouse. |
| | [Voices overlap] | [Interposición de voces] |
| MARIO: | 79 Courthouse, it's a, a street in, uh, a street in Jersey City. | *79 Courthouse, it's a, a street in, uh, a street in Jersey City.* |
| UM: | Okay. [U/I] pretty comfortable with that. | *Okay. [I/I] pretty comfortable with that.* |
| MARIO: | Yeah, yeah, I'm comfortable here, don't worry. | *Yeah, yeah, I'm comfortable here, don't worry.* |
| UM: | [U/I]. | *[I/I].* |
| MARIO: | Have you seen any other, uh, packages, maybe at some point, uh, seen David or, or Tito or someone bringing packages? | ¿Usted ha visto algún otro, eh, paquetes [*sic*], quizás algún tiempo, eh, David o, o Tito o alguien traer paquetes? |
| EDGAR: | They bring them, but it's from the girl who lives upstairs on the second floor. | Vienen a traerlos, pero es de la niña de arriba del segundo piso. |
| MARIO: | Okay. | Okey. |
| EDGAR: | Now they leave... the mail comes... since they don't, don't have Access to the man from | Ahora dejan... el correo viene... como no, no tiene acceso al señor de la ca... |

US v. Felix Santiago          EXHIBIT NAME ACC Export – 2019-10-01 11.12.22 AM

US_Santiago_0000576

| NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|------|--------------------|--------------------|
| | the ho… uh… | eh… |
| MARIO: | Uh-hum. | Ujum. |
| EDGAR: | …to leave it to the lady next door, they leave them with us. [U/I]. | …para dejarle al lado a la señora, nos los deja a nosotros. [I/I]. |
| MARIO: | Okay. But no… but have you seen boxes like the one that arrived today? | Okey. Pero no… pero ¿cajas como el [sic] de hoy no, no ha visto? |
| EDGAR: | No, I haven't seen it. | No, no he visto yo. |
| | [Voices overlap] | [Interposición de voces] |
| MARIO: | Okay. All right. He just works, eh, Thurs… eh, Thursday… | Okey. *All right. He just works, eh, Thurs…* eh, jueves… |
| EDGAR: | Thursday afternoon. | Jueves en la tarde. |
| MARIO: | …Friday and Saturday and Sunday, four days a week. | *…Friday and Saturday and Sunday, four days a week.* |
| UM: | Okey. | *Okey.* |
| MARIO: | But, yeah. Okey. | *But, yeah. Okey.* |
| UM: | Are, are you satisfied? | *Are, are you satisfied?* |
| MARIO: | Yeah, I'm satisfied. Okay. | *Yeah, I'm satisfied. Okey.* |

US_Santiago_0000577

| **NAME** | **ENGLISH TRANSLATION** | **ORIGINAL LANGUAGE** |
|---|---|---|
| UM: | You're in no trouble at all. | *You're in no trouble at all.* |
| MARIO: | No, no, yeah, no… | *No, no, yeah, no…* |
| UM: | Okay. | *Okey.* |
| | [Voices overlap] | [Interposición de voces] |
| MARIO: | You have no problem, none. Let me tell you… | Usted no tiene ningún problema, ninguno. Déjeme decirle… |
| UM: | [Laughs] | [Se ríe] |
| EDGAR: | Yes, the, the one thing I'm going to do is that I won't be able, I won't be able to work there anymore because there are too many problems. | Sí, lo que, lo que sí lo que voy a hacer es que ya no voy a poder, a poder trabajar ahí porque están muchos problemas. |
| | [Unintelligible conversation] | [Conversación ininteligible] |
| MARIO: | That's, that's your business, not, not… | Eso es asunto, eso es asunto suyo, no, no… |
| UM: | You didn't come to work, right? | *You just come to work, right?* |
| MARIO: | …ours. | …de nosotros. |
| UM: | You just go to work. | *You just go to work.* |
| MARIO: | He just goes to work, but he's thinking about quitting because, | *He just goes to work, but he's thinking about quitting because,* |

**US_Santiago_0000578**

| NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|------|---------------------|-------------------|
|  | uh, he doesn't want any problems. | *uh, he doesn't want any problems.* |
| UM: | Where are you from, from what country? | *Where are you from, from what country?* |
| EDGAR: | Ecuador. | Ecuador. |
| UM: | Ecuador? | Ecuador? |
| EDGAR: | Uh-hum. | Uh-hum. |
| UM: | Yes. Okey. Uh, we're going to get you a ride home. | *Yes. Okey. Uh, we're going to get you a ride home.* |
| MARIO: | Yeah. Okey? | *Yeah. Okey?* |
| UM: | Okay? | *Okey?* |
| MARIO: | Okay? | *Okey?* |
| UM: | All right? | *All right?* |
| MARIO: | Thank you very much, sir. | Muy agradecido, caballero. |
| UM: | [U/I] for one second, okay? One, one moment, one moment [U/I]. | *[I/I] for one second, okey?* Un, un momento, un momento [I/I]. |
| MARIO: | We're going to get someone to take you home shortly. Okay? | En un momento te vamos a buscar a alguien pa' que te lleve pa' tu casa. ¿Okey? |

US v. Felix Santiago                    EXHIBIT NAME ACC Export – 2019-10-01 11.12.22 AM

US_Santiago_0000579

| NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|------|---------------------|-------------------|
| EDGAR: | Okay. | Okey. |
| MARIO: | Thank you very much, sir. | Muy agradecido, caballero. |
| | [Time stamp: 9:02] | [Time stamp: 9:02] |
| | [END OF RECORDING] | [FIN DE LA GRABACIÓN] |