# EXHIBIT E



**Administrative Office of the United States Courts**
**Decision Support System**

**District of New Jersey**
**Post Conviction Chronological Record Report**
**1/2018 To: 6/12/2020 1:50:25 PM**

Data Current as of 06/11/2020

### Santiago III, Felix  (46161)

**01/02/2020**  Author: Schultz, Carly T.

**C-LE**  C-Law Enforcement
**CT**  Collateral Telephone Contact

Call from Mario Novo, Hudson County Pros, this date. Advised that DEA Agent and AUSA messed up initial compliant for case and case will likely have to be dismissed. Complaint states in last section that offender himself took possession of package and brought into basement of pizzeria, however, another individual did so for him. Det. Novo spent a lot of time on case and rightfully upset for this error and case having to be dismissed because of it. Advised that he is willing to help with whatever he can do to try and get violation case to get offender to serve time. Det. Novo to let USPO know when case ends up getting dismissed as offender will then be transported for initial appearance in NY.

USAO_003514