# EXHIBIT F

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 19-510 |
| | : | |
| v. | : | Hon. Claire C. Cecchi, U.S.D.J. |
| | : | |
| FELIX SANTIAGO, III | : | **ORDER FOR DISMISSAL** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Craig Carpenito, the United States Attorney for the District of New Jersey, hereby dismisses the Indictment, Crim. No. 19-510, as to defendant Felix Santiago, III, which Indictment was filed on or about July 18, 2019, charging the defendant in Count One with conspiracy to distribute narcotics, contrary to Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and in violation of Title 21, United States Code, Section 846, and in Count Two with distribution and possession with intent to distribute narcotics, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), because further prosecution of these charges are not in the interests of the United States at this time.

This dismissal is without prejudice.

CRAIG CARPENITO
United States Attorney

Leave of Court is granted on this  3rd  day of  January 2020  for the filing of the foregoing dismissal.

HON. CLAIRE C. CECCHI, U.S.D.J.